UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z. WHEELER, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2917-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 1, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 1, 2019, are adopted in full;
2. The conclusions reached in the September 4, 2019, screening order (ECF No. 22) are adopted in full;
3. Plaintiff's claims against Defendants Scott Kernan and D. Baughman are dismissed with prejudice;
4. Plaintiff's First Amendment claims against all named Defendants are dismissed with prejudice; and
5. Plaintiff's action shall proceed solely on his Eight Amendment claims against Defendants Z. Wheeler and N. Romany.

Dated: February 21, 2020

Troy L. Nunley
United States District Judge