# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DAVIS,

    Plaintiff,

  v.

Z. WHEELER, et al.,

    Defendants.

No. 2:16-CV-2917-TLN-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion titled "Injunction to Opposed Discovery" (ECF No. 38). Plaintiff's motion is generally difficult to understand. Plaintiff seeks all "authority" and "information" relied on by Defendants to be used against Plaintiff. Plaintiff also mentions a frustrated ability to litigate his case because he has limited access to the law library. To the extent Plaintiff seeks an order compelling discovery, Plaintiff's motion fails to

///
///
///
///
///
///

1

identify what particular discoverable evidence he seeks and is therefore denied. To the extent Plaintiff seeks additional time to conduct discovery, the Court denies plaintiff's request insofar that it has recently, through separate order, stayed and vacated discovery pending resolution of Defendants' motion for summary judgment (ECF No. 45).

        IT IS SO ORDERED.

Dated:  September 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE