**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY DAVIS, | No. 2:16-CV-2917-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| Z. WHEELER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion to stay and vacate discovery (ECF No. 46). Good cause appearing, the Court GRANTS Defendants' motion to stay merits-based discovery and to vacate the discovery and dispositive motion deadlines in the Discovery and Scheduling Order (ECF No. 35) pending resolution of Defendants' motion for summary judgment on the issue of exhaustion (ECF No. 45). The Court will reopen discovery and reset these deadlines, if necessary, if summary judgment is denied.

IT IS SO ORDERED.

Dated: September 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1