UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Z. WHEELER, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-02917-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 16, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 16, 2021, are ADOPTED IN FULL; and

2. Plaintiff's motion for injunctive relief (ECF No. 43) is DENIED as moot.

DATED: March 8, 2021

Troy L. Nunley
United States District Judge