# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS, | No. 2:16-CV-2917-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| Z. WHEELER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 55, for setting of a pre-trial conference in this matter. Plaintiff's motion is denied as premature because Defendants' motion for summary judgment is still pending. Following a final decision on Defendants' motion for summary judgment, the Court will, if appropriate, set dates for a pre-trial conference and trial.

IT IS SO ORDERED.

Dated:  March 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1